# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Courtney Motley,<br>　　　Plaintiff(s),<br>v.<br>B. Jones,<br>　　　Defendant(s). | Case No. 2:25-cv-00237-GMN-NJK<br><br>**ORDER**<br><br>[Docket Nos. 20, 27] |

Pending before the Court is Plaintiff's motion to "enforce settlement and video conference." Docket No. 20.[1] Defendant filed a response in opposition. Docket No. 21. Also pending before the Court is Plaintiff's second motion to "enforce settlement and video conference." Docket No. 27. The Court does not discern the relief that Plaintiff is seeking. To be clear, there was no settlement at the recent mediation, *see* Docket No. 15 (minutes of proceeding indicating that "a settlement was NOT reached"), so there is no settlement to enforce. If Plaintiff is asking the Court to hold a settlement conference, that request is denied. The parties very recently attended a mediation. Docket No. 15. No reason has been advanced as to why settlement is likely now if it was not achievable a few weeks ago. Accordingly, the Court **DENIES** the motions to enforce settlement and video conference.

IT IS SO ORDERED.

Dated: November 18, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1