# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Courtney Motley,

    Plaintiff(s),

v.

B. Jones,

    Defendant(s).

Case No. 2:25-cv-00237-GMN-NJK

**ORDER**

[Docket No. 31]

Pending before the Court is Plaintiff's motion for discovery and/or to meet and confer about discovery. Docket No. 31.[1] Plaintiff is advised that requesting discovery or requesting a meet-and-confer is accomplished by <u>contacting defense counsel</u>, not by filing a motion with the Court. *See, e.g.*, Fed. R. Civ. P. 5(d)(1)(A). The Court **ORDERS** defense counsel to contact Plaintiff regarding his request to meet-and-confer by January 9, 2026. The Court otherwise **DENIES** without prejudice the pending motion.

IT IS SO ORDERED.

Dated: December 23, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1