# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Courtney Motley,

      Plaintiff(s),

v.

B. Jones,

      Defendant(s).

Case No. 2:25-cv-00237-GMN-NJK

**ORDER**

[Docket No. 33]

Pending before the Court is Plaintiff's proposed subpoena. Docket No. 33. Plaintiff is requesting production of video footage from Defendant Jones. *See id.*[1] As the Court has already explained, Plaintiff may seek discovery by requesting it from defense counsel, not by filing it with the Court. Docket No. 32 at 1 (citing Fed. R. Civ. P. 5(d)(1)(A)). Defendant must treat this proposed subpoena as a request for production made pursuant to Rule 34 of the Federal Rules of Civil Procedure. The Court otherwise **STRIKES** the proposed subpoena from the docket.

IT IS SO ORDERED.

Dated: February 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1