# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Courtney Motley,

      Plaintiff(s),

v.

B. Jones,

      Defendant(s).

Case No. 2:25-cv-00237-GMN-NJK

**ORDER**

[Docket No. 38]

Pending before the Court is Plaintiff's motion for interrogatories. Docket No. 38.[1] Interrogatories must be served on the opposing side, <u>not by filing them with the Court</u>. *See* Fed. R. Civ. P. 33(a)(1); *see also, e.g.*, Fed. R. Civ. P. 5(d)(1)(A). Defendant must treat this motion as constituting the service of interrogatories, but the Court otherwise **DENIES** the motion as unnecessary and **STRIKES** it from the docket.

Plaintiff is again cautioned that he must <u>not</u> seek discovery by filing requests on the docket. Instead, discovery requests must be served directly on defense counsel. **Failure to comply with this order moving forward may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: February 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1