AARON D. FORD
 Attorney General
JOHN REGALIA (Bar No. 16969)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendant Bryan Jones*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY MOTLEY, | Case No. 2:25-cv-00237-GMN-NJK |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| B. JONES, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Courtney Motley (#1210895), that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 3rd day of April, 2026.

DATED this 3rd day of April, 2026.

AARON D. FORD
Attorney General

_____
Courtney Motley #1210895
*Plaintiff*

/s/ John Regalia
_____
JOHN REGALIA (Bar No. 16969)
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this __24__ day of June, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT